Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 65436.—Hafnia Ham Co., Inc. *v.* United States, protest 59/18175 (Galveston).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise described as 285 cases of Mini Fynbo cheese is, in fact, Gouda cheese containing 40 percent or more of butter fat, the claim of the plaintiff was sustained.

No. 65437.—C. & J. Jones, Ltd., et al. *v.* United States, protests 262314–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

No. 65438.—Jovita Perez *v.* United States, protest 269301–K (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65439.—M. S. Cowen Company *v.* United States, protest 277618–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65440.—Rocca-Cuvi, Inc., et al. *v.* United States, protests 284651–K, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 65441.**—The Best Foods, Inc. *v.* United States, protests 304870–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65442.**—Gastmeyer Hinsch, Inc. *v.* United States, protests 58/1022, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 12, 1961

**No. 65443.**—American Bitumuls & Asphalt Co. *v.* United States, protest 60/618 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 12, 1961

**No. 65444.**—Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp., et al. *v.* United States, protests 59/10228, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of fish netting similar in all material respects to that involved in Abstract 63947, the merchandise was held dutiable at 25 percent under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude. The items marked "B," stipulated to consist of synthetic cord or twine similar